Respondent, Impleaded, etc.—Judgment and order appealed from affirmed on authority of the decision in this case on former appeal, reported in 18 N. Y. State Reporter, 726. Opinion by Corlett, J., dissenting.

George H. Hammond & Co., Appellants, v. Adaline Young, Respondent. — Judgment and order appealed from, affirmed with costs. Opinion by Macomber, J.

William Garlock, Appellant, v. Samuel W. Markham, Respondent.—Judgment and order appealed from affirmed. See Mem. in case of *Matson* v. *Blossom* (*supra*). Dissenting opinion by Corlett, J.

In the Matter of the Probate of the Last Will and Testament of Daniel Gould, Deceased. — Decree of surrogate affirmed, with costs to be paid by the appellant personally. Opinion by Macomber, J.

Gustavus Griebel, Respondent, v. The City of Rochester, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Mary Mulligan, Administratrix, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant—Reargument ordered

James S. Havens, Receiver, etc., Appellant, v. Julia H. Exstein and others, Respondents.— Judgment affirmed, with costs. Opinion by Macomber, J.

Joseph Roehm and others, Respondents, v. William L. Blanchard, Appellant.— Judgment reversed for want of findings of fact to support the conclusions of law, and a new trial granted before another referee, with costs of this appeal to abide the event. Opinion *Per Curiam* left with the presiding justice.

Arthur D. Pease, Appellant, v. George W. Batten, Respondent. — Judgment and order appealed from, affirmed. Opinion by Macomber, J.

Arthur P. Flagler, Respondent, v. Asa Plumb and others, Appellants, Impleaded, etc. — Judgment appealed from affirmed, with costs. Opinion by Corlett, J.

George W. Bennett and another, Appellants, v. Austin R. Knapp and another, Respondents.— Plaintiffs' motion for a new trial denied, with costs and judgment ordered for the defendants on the nonsuit. Opinion by Dwight, J.; Macomber, J., dissenting.

Titus Hart and others, Appellants, v. James D. Castle, as Executor, etc., Respondent.—Judgment and order appealed from affirmed, with costs. Opinion by Macomber, J.

The Town of Ontario, Appellant, v. Francis A. Hill, Respondent.—Reargument ordered. Macomber, J., not sitting

T. Scott Thacher, Executor, Respondent, v. Hope Cemetery Association, Appellant.—Judgment appealed from affirmed, with costs on the decision of the Supreme Court on former appeal, reported in 46 Hun, 594.

Augusta S. Carpenter v. Frederick W. Carpenter.— Defendant's motion for a new trial denied, and the case remitted to the Special Term to proceed therein. Opinion by Dwight, P. J.; Corlett, J., not voting.

Thomas Clement, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order appealed from, affirmed. Opinion by Macomber, J.; Corlett, J., not sitting.

Allen Deloss Briggs, Appellant and Respondent, v. Thomas H. Groves, Respondent and Appellant.—Judgment appealed from affirmed, but without costs of this appeal to either party. Opinion by Corlett, J.

In the Matter of the Petition of Orsell Cook and others, for Marvin Smith of Jamestown, N. Y., to show cause why he should not be removed as an Attorney and Counselor-at-Law for misconduct.—Application granted and reference made to Myron H. Peck, Esq. of Buffalo, to take the evidence and report the same to this court with his opinion thereon, upon the matters embraced within the formal order herewith handed down.

Pliny T. Sexton, Appellant, v. Charles W. Bennett and others, Respondents.—Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Dwight, P. J.

The People of the State of New York *ex rel.* Philander D. Ellithorpe, Appellant, v. The Judges of the Superior Court of Buffalo, Respondents.— Order appealed from affirmed. Opinion by Macomber, J.

Exchange National Bank of Olean, Respondent, v. Charles D. Marshall, Appellant, Impleaded, etc.— Order denying the motion for a new trial affirmed, with costs. Opinion by Corlett, J; Dwight, P. J., and Macomber, J., concur in result.

Wilber J. Smith, Respondent, v. John F. Mosher and others, Appellants. — Judgment appealed from affirmed, with costs.

Sylvester Trimmer, Appellant, v. City of Rochester. (Action No. 1.)

Same v. Same. (Action No. 2.) — Judgment affirmed. Opinion by Macomber J. (In No. 2 judgment affirmed, on opinion in No. 1.)

Angus McDuffie, Appellant, v. Adelia Clark, Respondent.—Judgment and order appealed from reversed and new trial granted, with costs to abide the event. Opinion by Dwight, P. J.

In the Matter of Proving a Paper Propounded as the Last Will, etc., of Elizabeth A. S. R. Rockwell, Deceased.— Appeal dismissed, with ten dollars costs and disbursements. Opinion by Macomber J.

Elizabeth J. Weber, Respondent, v. John N. Lester and others, Appellants.—Motion for new trial denied, with costs, and final judgment ordered in accordance with interlocutory judgment, on opinion of Daniels, J., delivered at Special Term. Dissenting opinion by Corlett, J.

Myron E. Bartlett, Appellant, v. James Halligan, Respondent.—Order appealed from confirmed, without costs of this appeal. Opinion by Corlett, J.

Martin Clark, Plaintiff, v. William H. Locke, Defendant. — Judgment ordered for Plaintiff on the submission for $600. Opinion by Macomber, J.

Cattaraugus Cutlery Company, Respondent. v. Andy J. Case, Appellant. — Order appealed from reversed, with ten dollars costs and disbursements of appeal and motion granted, Opinion by Dwight, P. J.; Corlett, J., not sitting.

Enos B. Wood, as Supervisor of the Town of Hamlin, Respondent and Appellant, v. The Board of Supervisors of Monroe County and Alexander McVean, Appellants and Respondents. — Judgment modified so as to add to the plaintiff's recovery the amount of the State tax, and as so modified affirmed, with costs to the plaintiff; terms of the judgment to be settled by the justice writing the opinion. Opinion by Macomber, J.

The Dundee National Bank, Plaintiff, v. Anthony T. Wood and another, Defendants. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Jerome J. Gallup, Appellant, v. Jacob Bernd, Respondent. — Judgment appealed from affirmed, with costs.

The Seneca Nation of Indians, Appellants, v. Wellington Hugaboom, Respondent. —Judgment and order affirmed. Opinion by Macomber. J,

Archibald M. Baley, Appellant, v. Marvin Henderson, Respondent. — Judgment and order reversed and a new trial granted in County Court, with costs to appellant to abide the event. Opinion by Corlett, J.

Matter of Judicial Settlement of Accounts of John S. Ogilsbie and another, Surviving